31 So.3d 833 (2010)
Carliss M. JOHNSON, Petitioner,
v.
STATE of Florida, Respondent.
No. 1D09-4152.
District Court of Appeal of Florida, First District.
February 16, 2010.
Rehearing Denied April 5, 2010.
Carliss M. Johnson, pro se, Petitioner.
Bill McCollum, Attorney General, and Marcus O. Graper, Assistant Attorney General, Tallahassee, for Respondent.
PER CURIAM.
DENIED. See Clark v. State, 954 So.2d 685 (Fla. 1st DCA 2007).
HAWKES, C.J., ROBERTS and CLARK, JJ., concur.